UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ROBERT SCOTT JONES,

    Plaintiff,

v.     No. 3:15-cv-00954-DRH

CRACKER BARRELL OLD COUNTRY
STORE, et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 26, 2016, (Doc. 50), this case is **DISMISSED** with prejudice.

        JUSTINE FLANAGAN,
        ACTING CLERK OF COURT

        BY: /s/Alexandra Francis
         Deputy Clerk

Dated: November 30, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.11.30 09:38:05 -06'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT